IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-204-D

| | |
|---|---|
| MARCUS DANIEL STANALAND, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | )    **ORDER** |
| | ) |
| JOSEPH A. BLEDSOE, III, et al., | ) |
| | ) |
| Appellees. | ) |

The court has reviewed the record. The court GRANTS appellee Joseph A. Bledsoe, III's motion to dismiss for lack of prosecution [D.E. 11]. The court declines to award costs. The clerk shall close the case.

SO ORDERED. This _3_ day of May, 2022.

                                                        JAMES C. DEVER III
                                                        United States District Judge